

## REQUEST FOR COURT ACTION / DIRECTION

TO:       Jim Molinelli
Miscellaneous Clerk

OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. 846, 841 (a)(1) and 841 (b)(1)(A)(ii)(II), a Class A Felony; and Attempted Possession with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(ii)(II) and 18 U.S.C. 2, a Class A Felony

FROM:     Urshala Herald
U.S. Probation Officer

ORIGINAL SENTENCE: 40 Months' Bureau of Prisons; 48 Months' Supervised Release

SPECIAL CONDITIONS: 1) Substance Abuse Treatment; 2) Mental Health Treatment; & 3) Financial Disclosure

RE:       Raul Suriel
Docket # 0422 1:18CR00468

AUSA: To Be Assigned
DEFENSE COUNSEL: To Be Assigned
MED: June 10, 2025

DATE OF SENTENCE: September 27, 2019

DATE: May 2, 2022

ATTACHMENTS:    ☒ PSI        ☒ JUDGMENT    ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### TRANSFER OF JURISDICTION

On September 27, 2019, the above-mentioned individual was sentenced as outlined above in the Eastern District of Virginia, by the Honorable T.S. Ellis, III, U.S. District Judge.

On May 2, 2022 we received notification from the Eastern District of Virginia, advising that the Court had signed the Transfer of Jurisdiction Probation Form 22 initiating Mr. Suriel's transfer to the Southern District of New York. At this time, we respectfully request that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Probation Officer

by

Urshala Herald
U.S. Probation Officer
212-805-5051

Approved By:

May 2, 2022

Daveena Tumasar                    Date
Supervisory U.S. Probation Officer