

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 20, 2022

<span style="color:blue">Application GRANTED. The proceeding is hereby ADJOURNED to September 28, 2022, at 2:30 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The Clerk of Court is directed to terminate Doc. #10. SO ORDERED.

*[signature]*

July 20, 2022</span>

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Raul Suriel*, 22 Cr. 254 (JMF)

Dear Judge Furman:

The Government respectfully writes to request an adjournment of the status conference scheduled for July 26, 2022 at 4:00 p.m. in the above-referenced supervised release matter. Defense counsel consents to this request. There have been no prior requests for adjournment of this status conference.

The specifications in this case are related to a New Jersey state court matter brought by the Bergen County Prosecutor's Office, which alleges money laundering of narcotics proceeds. The case has not yet been indicted, but the Bergen County Prosecutor's Office expects to have an update as to its status in September. As a result, the parties request a 60-day adjournment of the conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  *[signature]*
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

cc: Barry Zone, Esq. (via ECF)
    Probation (via email)