

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

February 14, 2023

*FILED VIA ECF*
Hon. Jesse M. Furman
U.S. District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The conference is hereby
ADJOURNED to March 29, 2023, at 3:00 p.m.
Further adjournment requests are unlikely to be
granted. The Clerk of Court is directed to terminate
Doc. #18. SO ORDERED.

February 14, 2023

Re: U.S. v. Raul Suriel
    22 Cr. 254 (JMF)

Dear Judge Furman:

On behalf of the defendant, Raul Suriel, and with the government's consent, we respectfully request a 5-6 week adjournment of the status conference presently scheduled for Wednesday, February 15, 2023.  This case relates to a violation of the conditions of Mr. Suriel's supervised release.

We make this request because at the moment we have nothing to report to the Court as to the status of Mr. Suriel's open cases.  We do however expect to be in a position to provide a meaningful update within the above-requested time period.

Accordingly, we'd request that the Case be adjourned as requested above, to the week of March 20th, 2023, or to a date thereafter convenient to the Court.

Respectfully,

Barry Zone

CC: AUSA. Madison Smyser