

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2024

Application GRANTED. The conference is hereby ADJOURNED to February 27, 2024, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #39.

SO ORDERED.

February 13, 2024

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Raul Suriel*, **22 Cr. 254 (JMF)**

Dear Judge Furman:

The Government respectfully writes to request a brief adjournment of the conference scheduled for February 14, 2024, at 2:30 p.m. in the above-captioned case. Unfortunately, both the Government and Probation have immovable conflicts at that time. We understand that the Court is available on February 27, 2024, at 2:30 p.m., and all parties are available at that time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

cc: Barry Zone, Esq. (via ECF)
    Probation (via email)