UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 22-CR-254 (JMF)
:
RAUL ANTONIO SURIEL, : ORDER
:
Defendant. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **October 22, 2024**, Defendant filed a motion for early termination of supervised release.  *See* ECF No. 50.  The Government shall file any opposition to the motion by **November 1, 2024**, no reply may be filed without prior leave of Court.

The Clerk of Court is directed to mail a copy of this Order to:

> RAUL ANTONIO SURIEL
> 287 Bay 11th Street, Apt. 3
> Brooklyn, NY 11228

SO ORDERED.

Dated: October 23, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge