```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :   22-CR-254 (JMF)
                                                                  :
RAUL ANTONIO SURIEL,                                              :   MEMORANDUM OPINION
                                                                  :        AND ORDER
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  Defendant Raul Suriel was convicted, following a guilty plea, of two narcotics charges and sentenced (in the United States District Court for the Eastern District of Virginia) to forty months' imprisonment and four years of supervised release.  After his release, and this Court's acceptance of jurisdiction over his supervised release, Suriel was charged with multiple violations of supervised release.  On February 27, 2024, he admitted to two of those violations.  On June 27, 2024, the Court revoked supervised release and sentenced Suriel to time served followed by one year supervised release.  *See* ECF No. 48, at 9.  He now moves, without the assistance of a lawyer, for early termination of supervised release.  *See* ECF No. 50.

  Title 18, United States Code, Section 3583(e)(1) provides that a court "may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  In this case, Suriel's initial term of supervised release was revoked and, on June 27, 2024, a new term of supervised release was imposed.  It is doubtful, therefore, that Suriel is even eligible for

early termination pursuant to Section 3583(e)(1), as he has not yet served the requisite "one year" of his operative supervised release term.

Even if Suriel is eligible, however, the Court would and does deny the motion for early termination substantially for the reasons set forth in the Government's opposition. *See* ECF No. 52 ("Gov't Opp'n"). Put simply, although the Court commends Suriel on his recent compliance with the terms of supervised release, the Section 3553(a) factors set forth in Section 3583(e) do not call for early termination given the seriousness of Suriel's offense and his earlier violations of supervised release. To the extent Suriel complains about the travel restrictions associated with supervised release, he can — as the Government notes, *see* Gov't Opp'n 4 — seek modification of these travel restrictions with the Probation Department and, if necessary, the Court.

Accordingly, Suriel's motion for early termination is DENIED. The Clerk of Court is directed to terminate ECF No. 50 and to mail a copy of this Memorandum Opinion and Order to:

> RAUL ANTONIO SURIEL
> 287 Bay 11th Street, Apt. 3
> Brooklyn, NY 11228

SO ORDERED.

Dated: November 4, 2024
      New York, New York

                                                JESSE M. FURMAN
                                          United States District Judge